Dismissed and Memorandum Opinion filed June 3, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00902-CV

____________

 

IN THE ESTATE OF ROSE SMITH, DECEASED 

 

 



 

On Appeal from the County Court at Law No. 1

Fort Bend County, Texas

Trial Court Cause No. 08-CPR-021568

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed September 29, 2009.  On May 26, 2010,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Anderson, Frost, and
Seymore.